There must be a running balance for all ledger and account books. The balances in the client ledger journal must be reconciled each month with the balances in the trust receipts and disbursement journals, the account checkbook register and the bank statements. Records of these reconciliations must be maintained for seven years.

e. During the period of probation, respondent shall meet with counsel for the Administrator on a least a quarterly basis and shall provide the Administrator with any and all documentation and records requested in order to verify compliance. Probation shall be revoked if respondent is found to have violated any of the terms of probation. The remaining nine-month period of suspension shall commence from the date of the determination that any term of probation has been violated.

Suspension effective October 17, 2005. Respondent Michelle Lee Tully shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension/ probation. After respondent serves the 90-day unstayed period of suspension, the one-year period of conditional probation will be served consecutive to the discipline imposed in *In re* **Tully**, M.R. 20334. (MR 20334) The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Michelle Lee Tully, who has been disciplined in the State of Wisconsin, is suspended from the practice of law in the State of Illinois for two years and until she is reinstated to the practice of law in the State of Wisconsin.

Suspension effective October 17, 2005.

Respondent Michelle Lee Tully shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.


*In re* **TYER**, Robert Hilton II (MR 20266)
Schaumburg, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Robert Hilton Tyer, II is disbarred.


*In re* **VARI**, Anthony F. (MR 20330)
Bartlett, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Anthony F. Vari is suspended from the practice of law for one year and until further order of the Court.

*In re* **WEBB**, Daniel Francis, Jr. (MR 20282)
Shorewood, WI

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Daniel Francis Webb, Jr., is suspended from the practice of law for one year and until further order of the Court.